UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JERMAINE LEON JONES,

       Petitioner,                     Case No. 1:19-cv-343

v.                                       Honorable Paul L. Maloney

MATT MACAULEY,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.


Dated:   June 4, 2019                             /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge